UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

    Plaintiff,

-v-

CITY OF NEW YORK, NYPD OFFICER AHMED ABDALLA, and NYPD OFFICER ADAM KOTOWSKI,

    Defendants.



No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall file an update with the Court no later than February 24, 2020 setting forth their availability for trial in 2020. Trial will continue to be adjourned *sine die*.

SO ORDERED.

Dated:     January 6, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation