UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

          Plaintiff,

-v-

CITY OF NEW YORK, NYPD OFFICER AHMED ABDALLA, and NYPD OFFICER ADAM KOTOWSKI,

          Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall file a status update with the Court no later than March 16, 2020. Trial will continue to be adjourned *sine die*.

SO ORDERED.

Dated:    February 25, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/20