UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                        Plaintiff,

  -v-

CITY OF NEW YORK, NYPD OFFICER AHMED ABDALLA, and NYPD OFFICER ADAM KOTOWSKI,

                        Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    In light of the representations made in Plaintiff's counsel's April 14, 2020 letter to the Court, IT IS HEREBY ORDERED THAT trial in this matter will continue to be adjourned *sine die*. IT IS FURTHER ORDERED THAT substitute counsel for Plaintiff shall file a notice of appearance no later than June 1, 2020. If Plaintiff has not retained substitute counsel by that date, Plaintiff shall submit a letter to the Court no later than June 1, 2020 indicating that he intends to proceed *pro se* or requesting that the Court appoint *pro bono* counsel. No further extensions shall be granted absent compelling circumstances.

SO ORDERED.

Dated:    April 14, 2020
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation