

# COHEN&GREEN

October 7, 2020

The Honorable Richard J. Sullivan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St. New York, N.Y. 10007

<u>By Electronic Filing</u>

     **Re:**   <u>Hayden v. City of New York, et al.</u>, 17-cv-1894 (RJS)

Dear Judge Sullivan:

Our firm, with other counsel, represents Mr. Hayden in the matter named above.  I write to request clarification and/or an extension on our response to Defendants' Motion *In Limine*.  As noted below, the upshot of our request is that we are asking for until October 27 to file our opposition. Defendants have indicated they have no objection to this request.

Under the Court's Individual Rules, our response would be due October 27, 2020 (under Rule 4(E)(i), one week after the Joint Pretrial Order), but the Court's Scheduling Order (ECF No. 83 at 3) can be read to require our response within one week of Defendants' filing their motion.  Defendants filed their motion on Friday.  However, we understand from counsel that Defendants filed their motion so early because they misread the deadline in the Court's Scheduling Order to be October 2, rather than November 2.

We ask that Your Honor either (1) clarify that the Court's Individual Rules control here, making the deadline for our opposition October 27, or (2) grant us an extension until October 27, so we can better address the motion *in limine* after filing the Joint Pretrial Order.

We are available at the Court's convenience, should Your Honor have any questions or concerns.

Respectfully submitted,

/s/
_____

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.