UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                              Plaintiff,

   -v-

CITY OF NEW YORK, NYPD OFFICER
AHMED ABDALLA, and NYPD OFFICER
ADAM KOTOWSKI,

                              Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Plaintiff, requesting clarification concerning the deadline to respond to Defendants' motions *in limine*, which were filed on October 2, 2020. (Doc. No. 87.) Because it appears that Defendants filed their motions *in limine* at this time based on a misunderstanding, and not because Defendants seek to litigate the motions before the parties submit their revised Proposed Pretrial Order on October 20, 2020, IT IS HEREBY ORDERED THAT Defendants' motions are denied without prejudice to renewal. Consistent with the Court's June 24, 2020 order, the parties shall file any and all motions *in limine* after the filing of the revised Proposed Pretrial Order, and in no event later than November 2, 2020. The deadlines for all other submissions not discussed here shall remain unchanged from those provided in the June 24, 2020 order. Accordingly, oppositions to any motions *in limine* will remain due within one week of the filing of those motions *in limine*.

The Clerk of the Court is respectfully directed to terminate the motions pending at document numbers 86 and 87.

SO ORDERED.

Dated:     October 8, 2020
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation