UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH HAYDEN,

            *Plaintiff*,　　　　　　　　　　17 CV 1894 (RJS)

  -against-

                                                  **PLAINTIFF'S NOTICE OF**
THE CITY OF NEW YORK, AHMED ABDALLA,　**MOTION FOR TRIAL AND**
AND ADAM KOTOWSKI,　　　　　　　　　　　**EVIDENTIARY RULINGS**

            *Defendants*.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated November 2, 2020, in Support of Plaintiff's Motion *In Limine* and for certain evidentiary rulings, and the Declaration of J. Remy Green, and Exhibits attached thereto and referenced therein, and all of the prior pleadings and proceedings had herein, Plaintiff, Joseph Hayden, will move this Court, before the Honorable Richard J. Sullivan, United States Circuit Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time that is convenient for the Court, for an Order granting Plaintiff's request for the evidentiary rulings requested in the attached memorandum of law.

DATED:　　November 2, 2020
　　　　　　New York, NY

                                                                               /s/
                                                    _____
                                                    J. Remy Green
                                                    Cohen & Green P.L.L.C.
                                                    *Attorneys for Plaintiff*
                                                    1639 Centre St., Suite 216
                                                    Ridgewood, NY 11385
                                                    P:　　929-888-9480
                                                    F:　　929-888-9457
                                                    remy@femmelaw.com