UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH HAYDEN,

                *Plaintiff*,

  -against-

THE CITY OF NEW YORK, AHMED ABDALLA,
AND ADAM KOTOWSKI,

                *Defendants*.
-----------------------------------------------------------------X

17 CV 1894 (RJS)

**DECLARATION OF J. REMY GREEN IN SUPPORT OF PLAINTIFF'S MOTION FOR TRIAL AND EVIDENTIARY RULINGS**

     **J. REMY GREEN,** pursuant to 28 U.S.C. § 1746, and subject to penalty of perjury, declares the following is true and correct:

1. I am an attorney duly admitted to practice law before this Court.

2. I represent Plaintiff, Joseph Hayden, in this matter.  As such, I am fully familiar with the facts and circumstances of this action.  This declaration is submitted to put forth certain documents before this Court in support of Plaintiff's motion *in limine*.

3. Annexed hereto as Exhibit "1" is an excerpt of the Defendant City of New York's answers to interrogatories in another matter, *Gyasi v. The City of New York, et al.*, 5 CV 9453 (SAS)(GWG).

4. Annexed hereto as Exhibit "2" is an excerpt of a transcript of a proceeding from *Gyasi v. The City of New York, et al.*, 5 CV 9453 (SAS)(GWG).

DATED:     November 2, 2020
                Ridgewood, NY

/S/

_____
J. Remy Green
Cohen & Green P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, NY 11385
P:	929-888-9480
F:	929-888-9457
remy@femmelaw.com

2