UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                          Plaintiff,

       -v-

CITY OF NEW YORK, NYPD OFFICER
AHMED ABDALLA, and NYPD OFFICER
ADAM KOTOWSKI,

                          Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

        The parties have reserved Friday, November 20, 2020 at 4:00 p.m. for the final pretrial

conference in this matter. (Doc. No. 83.) Due to the logistical challenges of planning in-person

proceedings during the COVID-19 pandemic, the conference can no longer take place

in  Courtroom 11B.  Accordingly, IT IS HEREBY ORDERED THAT the final pretrial

conference will instead take place in Courtroom 12D at the Daniel Patrick Moynihan Courthouse,

500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated:          November 3, 2020
                New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation