UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH HAYDEN,

           Plaintiff,

   -v-

CITY OF NEW YORK, NYPD OFFICER
AHMED ABDALLA, and NYPD OFFICER
ADAM KOTOWSKI,

          Defendants.

---

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      As set forth in the Court's prior order of June 24, 2020 (Doc. No. 83), a jury trial in this case is scheduled to begin December 1, 2020.  On the advice of the Court's epidemiologist, and at the direction of the Chief Judge, concerns involving the potential spread of the COVID-19 virus over the holidays have prompted the Court to adjourn all jury trials scheduled to take place during the two weeks following Thanksgiving and the two weeks following New Year's Day.  Accordingly, IT IS HEREBY ORDERED THAT the jury trial in this matter is adjourned *sine die*, and the pretrial conference scheduled for November 20, 2020 is also adjourned until the Court and the parties have rescheduled the jury trial.  IT IS FURTHER ORDERED THAT the parties are directed to submit a joint letter by November 13, 2020 indicating their availability for a jury trial during the weeks of December 14, 2020, February 16, 2021, and February 22, 2021.  The Court apologizes for any inconvenience caused by this necessary adjournment.

SO ORDERED.

Dated:      November 9, 2020
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation