UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH HAYDEN,

                              Plaintiff,

        -v-

CITY OF NEW YORK, NYPD OFFICER
AHMED ABDALLA, and NYPD OFFICER
ADAM KOTOWSKI,

                              Defendants.

No. 17-cv-1894 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

        In response to the Court's latest order (Doc. No. 96), the parties conferred with the Court and were unable to select a mutually agreed-upon date from the proposed weeks in December 2020 and February 2021.  Accordingly, IT IS HEREBY ORDERED THAT the parties are directed to submit a joint letter by November 15, 2020 indicating their availability for a jury trial during the weeks of February 16, 2021, February 22, 2021, March 18, 2021, March 22, 2021, April 5, 2021, April 12, 2021, and April 19, 2021.

        SO ORDERED.

Dated:          November 13. 2020
                New York, New York

                              _____
                              RICHARD J. SULLIVAN
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation