UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                         Plaintiff,

  -v-

CITY OF NEW YORK, NYPD OFFICER
AHMED ABDALLA, and NYPD OFFICER
ADAM KOTOWSKI,

                       Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT a jury trial in this matter will begin on May 10, 2021 at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    November 20, 2020
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation