UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                Plaintiff,

-v-

CITY OF NEW YORK, NYPD OFFICER AHMED ABDALLA, and NYPD OFFICER ADAM KOTOWSKI,

                Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court scheduled a jury trial in this matter to begin on May 10, 2021. (Doc. No. 103). The Court is now in receipt of a motion to adjourn from defense counsel. (Doc. No. 104). IT IS HEREBY ORDERED THAT a jury trial will begin on June 28, 2021 at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    December 1, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation