UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH HAYDEN,

                Plaintiff,

  -v-

CITY OF NEW YORK, NYPD OFFICER AHMED ABDALLA, and NYPD OFFICER ADAM KOTOWSKI,

                Defendants.

No. 17-cv-1894 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT a jury trial in this matter will begin on Tuesday, June 29, 2021 at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  In anticipation of trial, IT IS HEREBY ORDERED THAT, by May 5, 2021, the parties shall submit a joint letter indicating whether there are any modifications and corresponding objections to their respective statements regarding stipulations, witness lists, deposition testimony, and exhibits provided in the Proposed Joint Pretrial Order filed on October 10, 2020 (Doc No. 89).  In addition, the parties are directed to submit any modifications to their respective motions *in limine*, currently pending at Docs. No. 92 (Defendants) and 93 (Plaintiff), by May 5, 2021.

    IT IS FURTHER ORDERED THAT the parties shall file any responses in opposition to modifications made to the motions *in limine* by May 12, 2021.

    Finally, IT IS FURTHER ORDERED THAT the final pretrial conference shall occur on Tuesday, June 15, 2021 at 10:00 a.m. at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Court will resolve outstanding motions *in limine* and discuss the Court's expectations for the trial.

SO ORDERED.

Dated:     April 23, 2021
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation